**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLIFFORD KLAIBER,<br><br>Plaintiff,<br><br>v.<br><br>P.A. ATHERTON, *et al.*,<br><br>Defendants. | No. 4:26-CV-00855<br><br>(Chief Judge Brann) |

**ORDER**

**AND NOW**, this 9th day of September 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's official capacity claims for money damages and retrospective relief are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's Section 1983 First Amendment retaliation claim against defendant Ms. Verbinski is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3. Plaintiff's Section 1983 Eighth Amendment claims of deliberate indifference to serious medical needs are **DISMISSED** without prejudice as to all Defendants pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

4. The Court declines to exercise supplemental jurisdiction over Plaintiff's related state-law claims. Those claims are therefore **DISMISSED** without prejudice.

5. Within **21 days** from the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum.

6. If no amended complaint is timely filed, any dismissal without prejudice will automatically convert to dismissal with prejudice and the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge