**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CLIFFORD KLAIBER, | No. 4:26-CV-00855 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| P.A. ATHERTON, *et al.*, | |
| Defendants. | |

**ORDER**

**AND NOW**, this 30th day of October 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's amended complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge